HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOANN M. SINGH,              ) | Case No.: 2:07-CV-01433-GGH |
|                              ) | |
|     Plaintiff, ) | |
|                              ) | |
| v.                           ) | STIPULATION AND ORDER |
|                              ) | |
|                              ) | |
| MICHAEL J. ASTRUE            ) | |
| Commissioner, Social Security ) | |
| Administration,              ) | |
|                              ) | |
|     Defendant. ) | |
|                              ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, January 23, 2008 in which to file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (15) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|    |                              |                              |
|----|------------------------------|------------------------------|
|  1 |                              |                              |
|  2 |                              | McGREGOR W. SCOTT            |
|    |                              | United States Attorney       |

McGREGOR W. SCOTT
United States Attorney

Dated:  December 18, 2007            */s/ELIZABETH FIRER*
                                     ELIZABETH FIRER
                                     Special Assistant U.S. Attorney

Dated: December 18, 2007             */s/HARVEY P. SACKETT*
                                     HARVEY P. SACKETT
                                     Attorney for Plaintiff
                                     JOANN M. SINGH

IT IS SO ORDERED.

Dated: 12/21/07                      /s/ Gregory G. Hollows
                                     U.S. Magistrate Judge

Singh.eot

2

STIPULATION AND ORDER