```
1  HARVEY P. SACKETT (72488)
2  SACKETT
   AND ASSOCIATES
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /as
8  Attorney for Plaintiff
9
10                UNITED STATES DISTRICT COURT
11                EASTERN DISTRICT OF CALIFORNIA
12                     SACRAMENTO DIVISION
13
    JOANN M. SINGH,            )  No.: 2:07-CV-01433 GGH
14                             )
           Plaintiff,          )
15                             )
                               )
16                             )
    v.                         )  STIPULATION AND ORDER FOR
17                             )  DISMISSAL
                               )
18  MICHAEL J. ASTRUE,         )
    Commissioner, Social Security )
19  Administration,            )
20                             )
           Defendant.          )
21                             )
22
23     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
24  matter be dismissed in its entirety without prejudice.  Each party shall bear their own
25  attorney's fees and costs.
26
27
28
```

1

STIPULATION AND ORDER

|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 |   |
| 3 |   |
| 4 | Dated: January 23, 2008 — /s/ELIZABETH FIRER<br>ELIZABETH FIRER |
| 5 | Special Assistant U.S. Attorney |

Dated: January 23, 2008        /s/HARVEY P. SACKETT
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               JOANN M. SINGH

IT IS SO ORDERED.

Dated: January 30, 2008

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

STIPULATION AND ORDER

2